IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LUIS ALBERTO MORALES ,                        *

              Plaintiff,                        *

v.                                                        Case No. 5:25-cv-00457-MTT-ALS

                          *

WARDEN TEKETA JESTER et al,

                          *

              Defendants.

                          *

**J U D G M E N T**

Pursuant to this Court's Order dated February 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk